UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TRACY GARETTSON-AMANTI,

                Plaintiff,

v.

TIME WARNER CABLE, INC.,

                Defendant.

**OFFER OF JUDGMENT**

Civil Action No.
1:12-cv-00839-WMS

---

        Defendant Time Warner Cable, Inc. ("Defendant"), through its counsel Bond, Schoeneck & King, PLLC, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it on all claims asserted by plaintiff Tracy Garettson-Amanti ("Plaintiff") in the above titled action, in the sum of $1,500.00 plus reasonable attorneys' fees and disbursements incurred to date. The amount of the offered judgment is in satisfaction of all damages, expenses and costs. This offer is made for the purposes set out in Rule 68 and shall not be used or be admissible for any other purpose. As set forth in Rule 68, this offer shall only be valid for fourteen days from the date of service herein. Please take notice that acceptance of this Offer of Judgment is unconditional, if accepted, and will result in the resolution of all claims of Plaintiff against Defendant.

Date:   October 23, 2012                        BOND, SCHOENECK &KING, PLLC

                                                                By:   s/Jonathan B. Fellows
                                                                    Jonathan B. Fellows, Esq.
                                                     *Attorneys for Defendant*
                                                     One Lincoln Center
                                                     Syracuse, New York 13202
                                                     Telephone: (315) 218-8000
                                                     Facsimile: (315) 218-8100

TO:    Christen Archer Pierrot, Esq.
         CHIACCHIA & FLEMING, LLP
         Attorneys for Plaintiff
         5113 South Park Avenue
         Hamburg, New York 14075
         Telephone: (716) 648-3030

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TRACY GARETTSON-AMANTI,

                Plaintiff,                Civil Action No.
                                                      1:12-cv-00839-WMS

       v.

TIME WARNER CABLE, INC.,

                Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I caused to be filed **Offer of Judgment** with the Clerk of the Court via the CM/ECF system and was served upon the following counsel via same:

    Christen Archer Pierrot, Esq.
    CHIACCHIA & FLEMING, LLP
    Attorneys for Plaintiff
    5113 South Park Avenue
    Hamburg, New York 14075
    Telephone: (716) 648-3030

                                                                    *s/Jonathan B. Fellows*
                                                                  Jonathan B. Fellows